USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA,

                          Plaintiff,

-against-

ACACIA NETWORK, AJA DOUGLAS,
1212 GRANT REALTY, LLC, MANNY STEIN,
and CAREN ABATE

                          Defendants.

**POST-CONFERENCE ORDER**

**23-CV-10260 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

       As discussed at the Initial Case Management Conference on November 6, 2024:

       Defendants are reminded that all filings must be mailed to Plaintiff and proof of service must be filed on the docket.

       By **Wednesday, November 20, 2024**, Plaintiff shall file with the Court affidavits of service of the complaint on 1212 Grant Realty, LLC and Manny Stein.

       In addition, by **Thursday, November 7, 2024**, Defendants ACACIA Network ("ACACIA") and Caren Abate shall email to Plaintiff via HIGHSECURITY123@GMAIL.COM a copy of their motion to dismiss papers. By **Friday, November 8, 2024**, ACACIA and Abate shall each drop off a copy of their motion to dismiss papers in an envelope containing Plaintiff's name at the Court's Pro Se Intake Unit located at 500 Pearl Street, Room 205, New York, NY 10007. Plaintiff shall pick up those envelopes on **Tuesday, November 12, 2024** by going to the Pro Se Intake Unit and having the unit call Chambers.

Finally, the motion to dismiss deadlines are extended as follows: Plaintiff's opposition to ACACIA's and Abate's motions to dismiss is due **Friday, December 20, 2024** and replies are due **Friday, January 10, 2025.** Discovery is stayed pending the resolution of the motions to dismiss.

**<u>The Clerk of Court is directed to mail a copy of this order to Plaintiff. The Court will also email a copy of this Order to Plaintiff.</u>**

Dated: New York, New York
November 7, 2024

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge